**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-574-GMN (PAL) |
| ) | |
| JACQUES CLICHE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On August 24, 2011, defendant JACQUES CLICHE pled guilty to an Eight-Count Criminal Indictment charging him in Count One through Six and Eight with Wire Fraud, in violation of Title 18, United States Code, Section 1343, and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment and the Memorandum Regarding Defendant's Plea Without an Agreement. Docket #1, #17, #19.

This Court finds that JACQUES CLICHE shall pay a criminal forfeiture money judgment of $364,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JACQUES CLICHE a criminal forfeiture money judgment in the amount of $364,000.00 in United States Currency.

**DATED** this 30th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge