**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-574-GMN (PAL) |
| ) | |
| JACQUES CLICHE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on September 26, 2011, that JACQUES CLICHE shall pay a criminal forfeiture money judgment of $364,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Docket #23.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JACQUES CLICHE a criminal forfeiture money judgment in the amount of $364,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

**DATED** this 9th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge