UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-574-GMN-PAL |
|---|---|
| Plaintiff, | **ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER OR HALFWAY HOUSE** |
| vs. | |
| JACQUES CLICHE, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. JACQUES CLICHE.

On February 8, 2013, this court held a hearing for revocation of supervised release as to defendant JACQUES CLICHE ("Mr. Cliche"). The Court agreed to modify Mr. Cliche's supervision to include his residence in a residential re-entry center / Halfway House.

ACCORDINGLY,

**IT IS HEREBY ORDERED** that defendant JACQUES CLICHE shall reside in a residential re-entry center / Halfway House **UNTIL FURTHER ORDER OF THIS COURT.**

**IT IS SO ORDERED** this 12th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge