DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:10-CR-574-GMN-PAL |
| v. | ) |
| JACQUES CLICHÉ, | ) |
| Defendant. | ) |

### MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger W. Wenthe, Assistant United States Attorney, and moves this Honorable Court for an order to vacate the Supplementary Proceedings (Judgment Debtor Examination) scheduled for December 1, 2014 at 10:00a.m.  This motion is made because the United States Marshal Service or private service was unable to locate the defendant Jacques Cliché.

DATED this 19th day of November, 2014.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Roger W. Wenthe*
        ROGER W. WENTHE
        Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACQUES CLICHÉ,<br><br>　　　　Defendant. | Case No. 2:10-CR-574-GMN-PAL |

**ORDER TO VACATE JUDGMENT**
**DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for December 1, 2014 at 10:00a.m. be granted.

DATED this day of __November 19,__ 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

_/s/ Roger W. Wenthe_
ROGER W. WENTHE
Assistant United States Attorney